**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marty Lorenzo WRIGHT, Defendant–Appellant.**

**No. 12–8056.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 4, 2013.

Marty Lorenzo Wright, Appellant Pro Se. Eric Matthew Hurt, Scott W. Putney, Assistant United States Attorneys, Newport News, Virginia, for Appellee.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty Lorenzo Wright appeals the district court's order denying his motion for a "Writ of Coram Nobis." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wright*, No. 4:95–cr–00039–TEM–TEM–1 (E.D.Va. Nov. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*